Baruch C. Cohen, Esq. (SBN 159455)
LAW OFFICE OF BARUCH C. COHEN
        A Professional Law Corporation
4929 Wilshire Boulevard, Suite 940
Los Angeles, California 90010
Tel: (323) 323-9535
email: baruchcohen@baruchcohenesq.com

Charles Shamash, Esq. (SBN 178110)
CACERES & SHAMASH, LLP
9701 Wilshire Boulevard, 10th Floor
Beverly Hills, CA  90212
(310) 205-3400        Fax: (310) 878-8308
e-mail:  cs@locs.com

*Attorneys for Defendant RD William Whittington*

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>RD WILLIAM WHITTINGTON,<br><br>Debtor.<br>_____<br><br>ADIN ROSS,<br><br>Plaintiff,<br><br>v.<br><br>RD WILLIAM WHITTINGTON,<br><br>Defendant.<br>_____ | Case No.: 2:25-bk-13048-NB<br>Adv. No.: 2:25-ap-01320-NB<br><br>Assigned to Hon. Neil Bason<br>Chapter 7<br><br><br><br>**NOTICE OF ASSOCIATION OF COUNSEL** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE THAT** Defendant RD William Whittington hereby retains

attorney Baruch C. Cohen as co-counsel of record in the above-captioned adversary case, with

D:\DATA\DOCS\WHITTINGTON\NOTICE OF ASSOCIATION OF COUNSEL.wpd
6/8-11:09am

current counsel Charles Shamash. Cohen's contact information is as follows: Baruch C. Cohen, Esq., of the Law Office of Baruch C. Cohen, A Professional Law Corporation, 4929 Wilshire Boulevard, Suite 940, Los Angeles, California 90010, Tel: (323) 323-9535, email: baruchcohen@baruchcohenesq.com.

Defendant shall continue to be represented by Charles Shamash, and such counsel shall continue to receive all notices, pleadings and other documents in this case.

DATED: June 8, 2026        CACERES & SHAMASH, LLP


By ___/S/ Charles Shamash_____
Charles Shamash, Esq.
*Attorneys for Defendant RD William Whittington*

DATED: June 8, 2026        LAW OFFICE OF BARUCH C. COHEN
A Professional Law Corporation


By ___/S/ Baruch C. Cohen_____
Baruch C. Cohen, Esq.
*Attorneys for Defendant RD William Whittington*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
9701 Wilshire Blvd., Suite 1000, Beverly Hills, CA 90212

The foregoing documents described as   **NOTICE OF ASSOCIATION OF COUNSEL**      will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 06/08/2026    I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  06/08/2026 , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Bankruptcy Judge - *No Judge's Copy to be Delivered per information on Court's website*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 06/08/2026 | Charles Shamash | /s/ Charles Shamash |
|---|---|---|
| Date | Type Name | Signature |

# Mailing Information for Case 2:25-ap-01320-NB

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Michael F Chekian**    mike@cheklaw.com, chekianmr84018@notify.bestcase.com
- **John P Pringle (TR)**    brenfro@rpmlaw.com, jpp@trustesolutions.net;jpringle@rpmlaw.com
- **Charles Shamash**    cs@locs.com, generalbox@locs.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**RHM LAW LLP**
17609 Ventura Blvd., Suite 314
Encino, CA 91316

**Matthew Resnik**
RHM LAW LLP
17609 Ventura Blvd. Suite 314
Encino, CA 91316

## Creditor List

Click the link above to produce a complete list of **creditors** only.

## List of Creditors

Click on the link above to produce a list of **all** creditors and **all** parties in the case. User may sort in columns or raw data format.